**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

J & J SPORTS PRODUCTIONS, INC.                                                                PLAINTIFF

v.                                         No. 4:11CV00144 JLH

TIMOTHY B. CHAPPELL, et al.                                                               DEFENDANTS

## ORDER

The plaintiff has filed a motion to strike defendants' affirmative defenses listed in a boilerplate fashion in paragraphs 23 and 24 of the answer. The defendants responded by saying that they were moving to file an amended answer that would omit the affirmative defenses. A proposed amended answer was attached to the motion, but paragraphs 23 and 24 remained in the proposed amended answer unchanged from the original answer.

It appears that the plaintiff's motion to strike is well taken and, indeed, the defendants concede as much in their response. Therefore, the motion to strike is granted. Document #9. Paragraphs 23 and 24 are stricken from the answer. The motion for leave to amend is denied as moot. Document #12.

IT IS SO ORDERED this 26th day of May, 2011.

                                                              _____
                                                              J. LEON HOLMES
                                                              UNITED STATES DISTRICT JUDGE