**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

J & J SPORTS PRODUCTIONS, INC.                                                                PLAINTIFF

v.                                              NO. 4:11CV00144 JLH

TIMOTHY B. CHAPPELL, et al.                                                                DEFENDANTS

**ORDER OF DISMISSAL**

Having been informed by counsel that a settlement has been reached in this matter, the Court finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for 30 days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary.

IT IS SO ORDERED this 1st day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE